ALEX TSE, CSBN 152348
Acting United States Attorney
SARA WINSLOW, DCBN 457643
Chief of the Civil Division
DEBORAH STACHEL, SBN CA 230138
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER KENNEY, SBN CA 241625
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8945
    Facsimile:  (415) 744-0134
    E-Mail: jennifer.a.kenney@ssa.gov

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROCKY MALONE,<br><br>       Plaintiff,<br><br>     vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security,<br><br>      Defendant. | CIVIL NO. 4:17-CV-03646-KAW<br><br>STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE HER MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST) AND [PROPOSED] ORDER |

TO THE HONORABLE KANDIS A. WESTMORE, MAGISTRATE JUDGE OF THE

DISTRICT COURT:

      The parties, through their undersigned attorneys, and with the approval of the Court, stipulate to

extend Defendant's time to file her motion for summary judgment by ten (10) days, from March 2, 2018

to March 12, 2018.  This is Defendant's first request for extension.  Defendant respectfully requests this

extension of time due to an unexpected medical issue.  The additional time will enable Defendant to

properly respond to the issues Plaintiff has presented.

Respectfully submitted,

Date: March 4, 2018          By:    /s/ * Katherine Rose Siegfried
                                    KATHERINE ROSE SIEGRIED
                                    (*authorized by email on Mar. 4, 2018)
                                    Attorneys for Plaintiff


Date: March 4, 2018                 ALEX TSE
                                    Acting United States Attorney

                             By:    /s/ Jennifer A. Kenney
                                    JENNIFER A. KENNEY
                                    Special Assistant United States Attorney

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 3/5/18          _____
                       HON. KANDIS A. WESTMORE
                       UNITED STATES MAGISTRATE JUDGE

Stip. & Proposed Order for Extension, 4:17-CV-03646-KAW