UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY MALONE,<br><br>　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL,<br><br>Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security,<br><br>　　Defendant | CIVIL NO. 4:17-CV-3646-KAW<br><br>STIPULATION AND [PROPOSED] ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

　　IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SIX THOUSAND AND TWO HUNDRED FIFTY DOLLARS AND 00/CENTS ($6,250.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

　　After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses [and costs] to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 560 US 586 (2010), the ability to honor the assignment will depend on whether the fees, expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the

payment of fees, expenses and costs to be made directly to Katherine Siegfried, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: 3/23/2018　　　　　　　　　　/s/ Katherine Siegfried
　　　　　　　　　　　　　　　　　　KATHERINE SIEGFRIED
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　ROCKY MALONE

Dated: 3/27/2018　　　　　　　　　　ALEX G. TSE
　　　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　　　DEBORAH LEE STACHEL
　　　　　　　　　　　　　　　　　　Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　　　　　　　/s/ Jennifer Kenney
　　　　　　　　　　　　　　　　　　JENNIFER KENNEY
　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Attorneys for the Defendant

**IT IS SO ORDERED:**

**Dated:** 3/29/18　　　　/s/ Kandis Westmore
　　　　　　　　　　　**HONORABLE MAGISTRATE JUDGE KANDIS A. WESTMORE**